IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH CASTILLO,<br>    *Plaintiff* | § § § | |
| -vs- | § § | SA-23-CV-00388-XR |
| GAUMNITZ INC.,<br>    *Defendant* | § § § § | |

# FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of this Court's Order dismissing Plaintiff Joseph Castillo's Complaint pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's July 31, 2023 Order and August 25, 2023 Order, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Jospeh Castillo's claims against Defendant Gaumnitz Inc. are **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's July 31, 2023 Order and August 25, 2023 Order.

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 14th Day of September, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE